■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT F. GALLO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant after trial of assault in the third degree and sentencing him to serve six months in the Workhouse of the City of New York. Appellant is at large on bail pursuant to a certificate of reasonable doubt. In his brief the District Attorney recommends reversal and dismissal of the information. Judgment reversed upon the law and the facts, information dismissed, and bail exonerated. In our opinion, appellant's guilt was not established beyond a reasonable doubt. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ WORDEN YAUFMAN, Individually and as Administrator of the Estate of IRENE YAUFMAN, Deceased, Appellant, v. GERTRUDE GARDNER et al., Respondents.— In an action by an administrator to recover damages for the wrongful death of the intestate, his daughter, for her conscious pain and suffering, and for medical expenses and loss of services, the appeal is from a judgment entered on the verdict of a jury dismissing the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ JULIUS ZINKER, Appellant, v. EASTERN AIRLINES, INC., Respondent.— In an action to recover damages for personal injuries, the appeal is from a a judgment entered on the verdict of a jury dismissing the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■

## (February 9, 1959)

■ FRANCES BONVENTRE et al., Respondents, v. H. C. BOHACK CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ LOUIS COHEN et al., Copartners Doing Business under the Name of TWIN SMOKE SHOP, Appellants-Respondents, v. HERMAN OVBERG, Respondent-Appellant.— Motion by appellants-respondents for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ COASTAL COMMERCIAL CORPORATION, Appellant, v. CELIA MAKLER, Respondent.— Motion to dismiss appeal dismissed, without costs. As the purported appeal is pending in the Court of Appeals, the motion to dismiss the appeal should be made in that court. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ HERMAN HIGGER, Doing Business as HIGGER SIGN CO., Appellant, v. RADZIMINSKY & ZEGER, INC., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan JJ.

■ In the Matter of ANGELO BOLOGNO, Respondent, against BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.